UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURA KAUFMAN<br><br>                            Plaintiff,<br><br>          -against-<br><br>MELISSA GLIATTA<br>JOSEPH J. SITT and<br>THOR EQUITIES LLC<br><br>                          Defendants | Civil Action No.: 2:25-cv-2001 |

**ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Alan H. Kaufman, for admission to practice pro hac vice in the above-captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the District of Columbia; and that his contact information is as follows Applicant's

Name:        Alan H. Kaufman

Firm Name:   Kaufman PLLC

Address:     888 16th Street N.W.

City/State/Zip: Washington, D.C. 20006

Telephone:   212-257-0900

Applicant having requested admission pro hac vice to appear for all purposes as counsel for Laura Kaufman in the above entitled action;

**IT IS HEREBY ORDERED** that the Applicant is hereby admitted to practice *pro hac vice* in the above-captioned case in the United State District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: March 18, 2025
New York, NY

_____
Hon. Andrew L. Carter, Jr.
United States District Judge