Undisputed Legal Inc.  
ONE WORLD TRADE CENTER 85TH FLOOR  
NEW YORK, NY 10007

INVOICE: 13834174  
Issued: Jul 29, 2025

**KAUFMAN PLLC**  
ALAN KAUFMAN  
200 PARK AVENUE  
NEW YORK, NY 10166

PAY TO:  
**Undisputed Legal Inc.**  
ONE WORLD TRADE CENTER 85TH FLOOR  
NEW YORK, NY 10007

| Case: | 1:25-CV-02001-ALC | Plaintiff / Petitioner: | LAURA KAUFMAN |
|---|---|---|---|
| Job: | 13834174 | Defendant / Respondent: | MELISSA GILATTA, ET AL |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| ROUTINE | MELISSA GLITTA C/O THOR EQUITIES LLC | $100.00 | 1 | $100.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Jul 29, 2025 | | ($100.00) |

Thanks for your business. Please pay the "Balance Due" upon receipt.

Total: $100.00  
Amount Paid: ($100.00)  
**Balance Due: $0.00**

Undisputed Legal Inc. • ONE WORLD TRADE CENTER 85TH FLOOR, NEW YORK, NY 10007

Call: 212-203-8001 • Email: info@undisputedlegal.com • Visit: undisputedlegal.com

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>LAURA KAUFMAN<br>**Defendant / Respondent:**<br>MELISSA GILATTA, ET AL | **AFFIRMATION OF SERVICE**<br>Index No:<br>1:25-CV-02001-ALC<br>Date Filed: |

I, Michael Gorman affirm and say that I'm not a party herein, I'm over 18 years of age and reside in <u>New York State</u>. That on <u>Tue, Aug 05 2025 AT 03:09 PM AT 25 WEST 39TH STREET, NEW YORK, NY 10018</u> affirmant served the within <u>SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE, COMPLAINT WITH JURY DEMAND AS TO SPECIFIED COUNTS</u>, on <u>MELISSA GLITTA C/O THOR EQUITIES LLC</u>

☐ **Individual:** by delivering a true copy of each to said defendant, personally; affirmant knew the person so served to be the person described as said defendant therein.

☒ **Corporation/Agency:** a defendant, therein named, by delivering a true copy of each to <u>SERGEY "DOE" (REFUSED LAST NAME)</u> personally, affirmant knew said corporation/agency so served to be the corporation/agency described, and knew said individual to be <u>SECURITY/FRONT DESK</u>; thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion. That person was also asked by affirmant whether said premises was the defendant's residence/place of business and the reply was affirmative.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, affirmant was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Affirmant also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential that did not indicate on it that the communication was from an attorney or concerns an action against the person to be served at aforementioned address to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department. Mailed on _____.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | |
|---|---|---|---|
| Age: 65 | Skin Color: Caucasian | Gender: Male | Weight: 200 |
| Height: 6' | Hair: Blond | Eyes: | Relationship: SECURITY/FRONT DESK |
| Other ACCESS DENIED | | | |

Pursuant to NY CPLR § 2106. I affirm this ___ day of AUGUST, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_/s/ Michael Gorman_

Michael Gorman
1381333
UNDISPUTED LEGAL INC.
ONE WORLD TRADE CENTER. 85TH FL
NEW YORK, NY 10007

Undisputed Legal Inc.  
ONE WORLD TRADE CENTER 85TH FLOOR  
NEW YORK, NY 10007

INVOICE: 13834325  
Issued: Jul 29, 2025



**KAUFMAN PLLC**  
ALAN KAUFMAN  
200 PARK AVENUE  
NEW YORK , NY 10166

PAY TO:  
Undisputed Legal Inc.  
ONE WORLD TRADE CENTER 85TH FLOOR  
NEW YORK, NY 10007



| Case: | 1:25-CV-02001-ALC | Plaintiff / Petitioner: | LAURA KAUFMAN |
|---|---|---|---|
| Job: | 13834325 | Defendant / Respondent: | MELISSA GILATTA, ET AL |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| DISCOUNT RATE | JOSEPH J SITT C/O THOR EQUITIES LLC | $50.00 | 1 | $50.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Jul 29, 2025 | | ($50.00) |

Thanks for your business. Please pay the "Balance Due" upon receipt.

Total: $50.00  
Amount Paid: ($50.00)  
**Balance Due:** $0.00

Undisputed Legal Inc. • ONE WORLD TRADE CENTER 85TH FLOOR, NEW YORK, NY 10007

Call: 212-203-8001 • Email: info@undisputedlegal.com • Visit: undisputedlegal.com

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>LAURA KAUFMAN<br>**Defendant / Respondent:**<br>MELISSA GILATTA, ET AL | **AFFIRMATION OF SERVICE**<br>Index No:<br>1:25-CV-02001-ALC<br>Date Filed: |

I, Michael Gorman affirm and say that I'm not a party herein, I'm over 18 years of age and reside in New York State. That on Tue, Aug 05 2025 AT 03:09 PM AT 25 WEST 39TH STREET, NEW YORK, NY 10018 affirmant served the within SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE, COMPLAINT WITH JURY DEMAND AS TO SPECIFIED COUNTS, on JOSEPH J SITT C/O THOR EQUITIES LLC

☐ **Individual:** by delivering a true copy of each to said defendant, personally; affirmant knew the person so served to be the person described as said defendant therein.

☒ **Corporation/Agency:** a defendant, therein named, by delivering a true copy of each to SERGEY "DOE" (REFUSED LAST NAME) personally, affirmant knew said corporation/agency so served to be the corporation/agency described, and knew said individual to be SECURITY/FRONT DESK; thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion. That person was also asked by affirmant whether said premises was the defendant's residence/place of business and the reply was affirmative.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, affirmant was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Affirmant also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential that did not indicate on it that the communication was from an attorney or concerns an action against the person to be served at aforementioned address to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department. Mailed on _____.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | |
|---|---|---|---|
| Age: 65 | Skin Color: Caucasian | Gender: Male | Weight: 200 |
| Height: 6' | Hair: Blond | Eyes: | Relationship: SECURITY/FRONT DESK |
| Other | | | |

Pursuant to NY CPLR § 2106. I affirm this ___ day of AUGUST, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Michael Gorman
1381333
UNDISPUTED LEGAL INC.
ONE WORLD TRADE CENTER. 85TH FL.
NEW YORK, NY 10007

Undisputed Legal Inc.
ONE WORLD TRADE CENTER 85TH FLOOR
NEW YORK, NY 10007

INVOICE: 13834327
Issued: Jul 29, 2025

**KAUFMAN PLLC**
ALAN KAUFMAN
200 PARK AVENUE
NEW YORK, NY 10166



PAY TO:
**Undisputed Legal Inc.**
ONE WORLD TRADE CENTER 85TH FLOOR
NEW YORK, NY 10007

| Case: | 1:25-CV-02001-ALC | Plaintiff / Petitioner: | LAURA KAUFMAN |
|---|---|---|---|
| Job: | 13834327 | Defendant / Respondent: | MELISSA GILATTA, ET AL |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| DISCOUNT RATE | THOR EQUITIES LLC | $50.00 | 1 | $50.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| Jul 29, 2025 | | ($50.00) |

Thanks for your business. Please pay the "Balance Due" upon receipt.

Total: $50.00
Amount Paid: ($50.00)
**Balance Due: $0.00**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Plaintiff / Petitioner:** <br> LAURA KAUFMAN <br> **Defendant / Respondent:** <br> MELISSA GILATTA, ET AL | **AFFIRMATION OF SERVICE** <br> Index No: <br> 1:25-CV-02001-ALC <br> Date Filed: |

I, Michael Gorman affirm and say that I'm not a party herein, I'm over 18 years of age and reside in New York State. That on Tue, Aug 05 2025 AT 03:09 PM AT 25 WEST 39TH STREET, NEW YORK, NY 10018 affirmant served the within SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE, COMPLAINT WITH JURY DEMAND AS TO SPECIFIED COUNTS, on THOR EQUITIES LLC

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; affirmant knew the person so served to be the person described as said defendant therein.

[X] **Corporation/Agency:** a defendant, therein named, by delivering a true copy of each to SERGEY "DOE" (REFUSED LAST NAME) personally, affirmant knew said corporation/agency so served to be the corporation/agency described, and knew said individual to be SECURITY/FRONT DESK; thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion. That person was also asked by affirmant whether said premises was the defendant's residence/place of business and the reply was affirmative.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, affirmant was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Affirmant also enclosed a copy of same, in a postpaid sealed wrapper marked personal and confidential that did not indicate on it that the communication was from an attorney or concerns an action against the person to be served at aforementioned address to be mailed by first class mail and depositing said wrapper in a post office, official depository, under the exclusive care and custody of the United States Post Office department. Mailed on _____.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | |
|---|---|---|---|
| Age: 65 | Skin Color: Caucasian | Gender: Male | Weight: 200 |
| Height: 6' | Hair: Blond | Eyes: | Relationship: SECURITY/FRONT DESK |
| Other | | | |

Pursuant to NY CPLR § 2106. I affirm this ___ day of AUGUST, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*(signature)*

Michael Gorman
1381333
UNDISPUTED LEGAL INC.
ONE WORLD TRADE CENTER. 85TH FL.
NEW YORK, NY 10007