```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
LAURA KAUFMAN                                                 :
                                                              :
                            Plaintiff,                        :
                                                              :    25-cv-2001 (ALC)
        -against-                                             :    **ORDER**
                                                              :
MELLISSA GLIATTA, et al.,                                     :
                                                              :
                            Defendants.                       :
                                                              :
------------------------------------------------------------- :
                                                              :
                                                              x
```

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the parties' correspondence (ECF Nos. 20 and 26) regarding Defendants' anticipated motion to dismiss the Complaint. Defendants' request for a premotion conference is **GRANTED**. The parties are **ORDERED** to appear at a telephonic premotion conference on September 22, 2025 at 2 p.m. The Parties shall contact the Court at 1-855-244-8681 (access code: 2305 3700 226#).

**SO ORDERED.**

Dated:   **September 8, 2025**
         **New York, New York**

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**