UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | | |
|---|---|---|
| KAUFMAN, | : | |
| | : | |
| Plaintiff, | : | 1:25-cv-2001 (ALC) |
| | : | |
| -against- | : | **ORDER** |
| | : | |
| GLIATTA, ET AL, | : | |
| Defendants. | : | |
| | : | |

---------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

In follow-up to today's premotion conference, the Court reminds the Parties of the upcoming deadlines in connection with Defendants' motion to dismiss the Complaint:

- October 23, 2025: Opening brief due;
- November 13, 2025: Opposition due; and
- November 20, 2025: Reply, if any, due.

**SO ORDERED.**

**Dated:** New York, New York
September 22, 2025

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**