UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KAUFMAN,

                      Plaintiff,     :    1:25-cv-2001 (ALC)

     -against-                :    **ORDER**

GLIATTA, ET AL,

                     Defendants.  :

-----------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On November 10, 2025, the Parties filed letter motions requesting additional time for briefing. ECF Nos. 31 and 32. The Court GRANTS the parties' requests for additional time and ORDERS the following updated briefing schedule:

October 23, 2025: Opening brief due;

December 2, 2025: Opposition due; and

December 16, 2025: Reply, if any, due

SO ORDERED.

Dated:  New York, New York
          November 10, 2025

                                                    */s/ Andrew L. Carter, Jr.*
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**