**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **KAUFMAN**<br><br>                    **Plaintiff,**<br><br>          -against-<br><br>**GLIATTA ET AL**<br><br>                    **Defendants.** | **25-CV-2001 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' recent letters (ECF Nos. 37, 43). The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) for a telephonic conference on January 20, 2026 at 3:45 pm.

**SO ORDERED.**

Dated: December 29, 2025
       New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**