UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Laura Kaufman,<br><br>                    Plaintiff,<br><br>     -against-<br>Mellissa Gliatta, et al.,<br><br>                    Defendants. | 25CV02001 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on January 26, 2026, Plaintiff's motions for partial summary judgment and summary judgment (ECF 36, 38, 39) are held in abeyance pending a decision on Defendant's pending motion to dismiss (ECF 29).

Defendant's motion to strike and for extension of time (ECF 37) is denied as moot. Plaintiff shall have until February 6, 2026 to file an opposition to the pending motion to dismiss and Defendant shall have until February 17, 2026 to file a reply.

The Clerk of Court is respectfully requested to terminate ECF 36, 37, 38, and 39.

The Clerk of Court is further requested to terminate ECF 31 and 32, which were granted by Judge Carter at ECF 33.

DATED:  January 27, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge