UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Laura Kaufman,<br><br>    Plaintiff,<br><br> -against-<br>Mellissa Gliatta, et al.,<br><br>    Defendants. | 25CV02001 (ALC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  The parties are directed to appear for an oral argument on the Motion to Dismiss (ECF 29) on **Wednesday, June 10, 2026 at 10:00 AM** in Courtroom 9B at 500 Pearl Street, New York, NY.

DATED: February 27, 2026
    New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge