UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA KAUFMAN,

                    Plaintiff,

        -against-

MELLISSA GLIATTA, ET AL.,

                    Defendants.

25-CV-2001 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed after the oral argument on the pending motion to dismiss (ECF 29) held on June 10, 2026:

1.    Plaintiff may, by **June 24, 2026**, file an amended complaint against the corporate defendant but not the individual defendants. Such amended complaint shall not add to or change any of the allegations relating to the four original claims; however, the amended complaint may add additional allegations supporting additional claims. Along with any such amended complaint, Plaintiff shall file a letter attaching a redline of the amended complaint against the original complaint.

2.    If Plaintiff files an amended complaint by **June 24, 2026**, I expect to recommend to Judge Carter that he deny the pending motion to dismiss (ECF 29) as moot.

3.    If Plaintiff files an amended complaint by **June 24, 2026**, Defendant may move to dismiss the amended complaint by **July 24, 2024**; Plaintiff may oppose any such motion by **August 14, 2026**; and Defendant may file a reply by **August 28, 2026**. The briefs supporting and opposing any such motion shall address only the new

allegations and claims in the amended complaint. For arguments addressing

claims that were in the original complaint, the Court will rely on the parties

already submitted extremely voluminous briefing. If any party requests oral

argument by **September 3, 2026**, I will hold argument on **September 9, 2026** at

2:00pm in Courtroom 9B at 500 Pearl Street, New York, NY. Argument will be

limited to issues relating to new claims added in the anticipated amended

complaint.

DATED:  June 11, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge