UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURA KAUFMAN,<br><br>                    Plaintiff,<br><br>          -against-<br><br>MELLISSA GLIATTA, ET AL.,<br><br>                    Defendants. | 25-CV-2001 (ALC) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On June 11, 2026, I issued an order permitting Plaintiff to file an amended complaint against the corporate defendant; the order provided that if she filed such an amended complaint, she must also file a letter attaching a redline of the amended complaint against the original complaint. (ECF 63.) On June 24, 2026, Plaintiff timely filed her amended complaint (ECF 65), which omitted claims against the individual defendants but did not remove them from the caption; nor did Plaintiff file a notice of voluntary dismissal of the individuals under Rule 41. The amended complaint also referenced attached exhibits but omitted the attachments. And instead of filing the required letter with a redline on the docket, Plaintiff's counsel sent an email to chambers (attached hereto as Exhibit A), copying counsel for Defendant and attaching the letter and the redline. The email said that the letter and redline were also filed via ECF, but they have not yet appeared on the docket, and filings by counsel typically appear on the docket immediately. Plaintiff's counsel is reminded that, absent urgent circumstances, all communications with the Court should be filed on the docket rather than emailed to chambers.

By **July 1, 2026**, Plaintiff is directed to file a notice of voluntary dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) as to the individual defendants and to re-file the

amended complaint on the docket with the corrected caption and attaching the exhibits

referenced in the amended complaint.


DATED:  June 25, 2026                                  SO ORDERED.
           New York, NY

                                                                   **ROBYN F. TARNOFSKY**
                                                                   United States Magistrate Judge