**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LAURA KAUFMAN

               Plaintiff,

    -against-                     Civil Action No.: 1:25-cv-2001

MELISSA GLIATTA
JOSEPH J. SITT and
THOR EQUITIES LLC

               Defendants

**VOLUNTARY DISMISSAL**

      Pursuant to Fed. R. Civ. P. Rules 41(1)(A)(i) and 41(a)(2) the plaintiff hereby voluntarily

dismisses her Complaint against defendants Melissa Gliatta and Joe Sitt.

                    LAURA W. KAUFMAN, Plaintiff

                    By:

                    KAUFMAN, P.C.

                    Alan H. Kaufman, *pro hac vice*
                    200 Park Avenue, 17th Floor
                    New York, NY 10167
                    Tel: (212) 257-0900
                    Fax: (212) 897-2370
                    akaufman2@kaufmanllc.net

                    888 16th Street NW, Suite 800
                    Washington, D.C. 20006

<u>Certification of Service</u>

I hereby certify that on June 26, 2026 a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Alan H. Kaufman____

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

6/29/26