**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**KAUFMAN**

**Plaintiff,**

**-against-**

**GLIATTA ET AL**

**Defendants.**

**25-CV-2001 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Clerk of Court is respectfully directed to terminate ECF No. 29, as this motion has been referred to Judge Tarnofsky and the Parties are following her scheduling.

**SO ORDERED.**

Dated: August 19, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**