UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAURA KAUFMAN,

Plaintiff,

-against-

MELLISSA GLIATTA, ET AL.,

Defendants.

25-CV-2001 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is a motion in which Plaintiff has not sought any specific relief and has not filed any supporting papers. (ECF 64.) Accordingly, the motion is denied without prejudice to Plaintiff re-filing a properly support motion seeking particular relief from the Court.

The Clerk of Court is respectfully requested to terminate ECF 64.

DATED: September 3, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge